UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
DEC 3 – 2010

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

CIV-10-1185-R

### CONDITIONAL TRANSFER ORDER (CTO-29)

On June 10, 2009, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 65 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

---

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Graciela Gomez
Deputy Clerk
Date 12/1/2010

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION                                                          MDL No. 2036

## SCHEDULE CTO-29 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**FLORIDA NORTHERN**

| ~~FLN~~ | ~~1~~ | ~~10-00208~~ | ~~ANDERSON v. COMPASS BANK~~   Opposed 11/22/10 |

**OKLAHOMA WESTERN**

| OKW | 5 | 10-01185 | Phillips et al v. Bank of America NA |

**TEXAS SOUTHERN**

| ~~TXS~~ | ~~4~~ | ~~10-04324~~ | ~~Waller et al v. First National Bank Texas, N.A. d/b/a Fist National Bank Texas et al~~   Opposed 11/22/10 |